No. 353. LANE *v.* VOORHIES, ATTORNEY GENERAL OF MICHIGAN. November 7, 1932. Petition for writ of cer-

tiorari to the Supreme Court of Michigan denied. *Mr. J. W. Drummond* for petitioner. No appearance for respondent. Reported below: 259 Mich. 283; 243 N. W. 6.